UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOSEPH ABDULLAH,

    Plaintiff,

                      NO. CIV. S-06-918 LKK/EFB

    v.

JAMES M. EVERHART; SHERRIE C.
EVERHART and Does 1 through 10,      O R D E R
inclusive

    Defendants.
                              /

    The court is in receipt of the parties' joint stipulation to allow Defendants James M. Everhart and Sherrie C. Everhart to have up to and including September 15, 2006 in which to file and serve an answer or otherwise respond to Plaintiff's complaint.

    Accordingly, the court orders as follows:

    1.    The status conference set for September 11, 2006 is hereby CONTINUED to October 10, 2006 at 1:30 p.m. The parties are reminded to file status reports in compliance with Local Rule 16-240.

////

1        2.    Plaintiffs are directed to serve defendants with a copy
2              of this order.
3        3.    The court approves the parties' joint stipulation to
4              allow defendants James M. Everhart and Sherrie C.
5              Everhart to have up to and including September 15,
6              2006 in which to file and serve an answer or otherwise
7              respond to plaintiff's complaint.
8  IT IS SO ORDERED.
9  DATED: September 7, 2006.

                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT