1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOSEPH ABDULLAH,
                                         NO. Civ.S-06-0918 LKK/EFB
12          Plaintiff,

13      v.                               **ORDER RE DISPOSAL
                                         DOCUMENTS AFTER
14   JAMES M. EVERHART; SHERRIE C.       NOTIFICATION OF SETTLEMENT**
     EVERHART and Does 1 through 10,
15   inclusive,

16          Defendants.
     _____/
17

18       Counsel for plaintiff has informed the court that the parties

19   have settled the above-captioned case.  The court now orders that

20   the dispositional documents disposing of the case be filed no later

21   than thirty (30) days from the effective date of this order.

22       All hearing dates heretofore set in this matter are hereby

23   **VACATED.**

24   ////

25   ////

26   ////

                                    1

1    FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION

2    OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO

3    THE VIOLATION OF THIS ORDER.

4         IT IS SO ORDERED.

5         DATED:   December 7, 2006.

6

7

8    _____
     LAWRENCE K. KARLTON
9    SENIOR JUDGE
     UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                        2