Reuben D. Nathan, Esq. (SBN 208436)
AZIMY & NATHAN, LLP
18500 Von Karman Ave., Suite 500
Irvine, California 92612
Phone: (949) 486-1888
Fax:     (949) 486-1889
Email: r.n@azimynathan.com
          e.a@azimynathan.com

Attorneys of Record for Plaintiff,
JOSEPH ABDULLAH

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ABDULLAH, | Case No.: 2:06-CV-00918 LKK EFB |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL AND ORDER THEREON** |
| JAMES M. EVERHART; SHERRIE C. EVERHART and Does 1 through 10, inclusive. | **F.R.Civ.P. 41(a)(1)** |
| Defendants. | |

- 1 -

**STIPULATION OF DISMISSAL AND ORDER THEREON**

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to F.R.Civ.P. 41(a)(1) Plaintiff Joseph Abdullah and Defendants James M. Everhart and Sherrie C. Everhart, through their attorneys undersigned, stipulate and agree that the above-captioned matter may be dismissed as to all claims and all defendants, with prejudice, each party to bear his own attorneys' fees and costs.

DATED: February 8, 2007                    **AZIMY & NATHAN, LLP**

By: /s/ Reuben D. Nathan, Esq.
Reuben D. Nathan, Esq.
Attorney for Plaintiff,
Joseph Abdullah

DATED: February 8, 2007                    **CHRISTENSEN & EHRET, LLP**

By: /s/ Shawna M. Kashack, Esq. as authorized on February 8, 2007
Shawna M. Kashack, Esq.
Attorney for Defendants, James M. Everhart and Sherrie C. Everhart

### ORDER

Pursuant to the stipulation of the parties,

**IT IS ORDERED** that the above-captioned matter is dismissed as to all claims and all defendants, with prejudice, each party to bear his own attorneys' fees and costs.

Dated: February 9, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**STIPULATION OF DISMISSAL AND ORDER THEREON**

PDF created with pdfFactory trial version www.pdffactory.com